UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY CHILDRESS,

     Plaintiff,

vs                                                               Case No: 14-12399
                                                                 Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

### JUDGMENT

     Consistent with the Court's Order entered on September 30, 2015;

     **IT IS ORDERED** that Judgment is entered in favor of Defendant.

     Dated at Detroit, Michigan on September 30, 2015.


                                     David J. Weaver
                                     Clerk of the Court

Approved:

                            BY:    /s/ Linda Vertriest

 /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge